**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CARL P. PACE, and**
**RASHIDA L. PACE,**

        **Plaintiffs,**

**-vs-**                                                                                                **Case No. 6:09-cv-145-Orl-35KRS**

**JAMES R. HUGHES, WENDY HUGHES,**
**AMERICAN STATES PREFERRED INSURANCE**
**COMPANY, AND SAFECO PROPERTY &**
**CASUALTY INSURANCE COMPANIES,**

        **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **DEFENDANTS', JAMES R. HUGHES AND WENDY HUGHES, MOTION TO COMPEL DECEMBER 9, 2009 PHYSICAL EXAMINATIONS OF PLAINTIFFS, CARL P. PACE AND RASHIDA L. PACE (Doc. No. 35)**
>
> **FILED:**       **December 3, 2009**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The present motion fails to certify that Defendants conferred with opposing counsel in a good faith effort to resolve the issues raised by the motion pursuant to M.D. Fla. Local Rule 3.01(g). In any

renewed motion, Defendants shall provide the Court with a copy of the noticed independent medical examinations and the information required by Fed. R. Civ. P. 35(a)(2)(B).

**DONE** and **ORDERED** in Orlando, Florida on December 4, 2009.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties